JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI MILLER, on behalf of M.M., | Case No. EDCV 09-497-DTB |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: March 4, 2010

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1